**DISMISSED and Opinion Filed November 1, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01175-CV**

**IN RE PHILLIP HAYES LEE DESCENDANT'S TRUST AND**
**PETER AUSTIN LEE DESCENDANT'S TRUST CREATED UNDER**
**THE AMENDED AND REINSTATED ANN HAYES LEE REVOCABLE**
**TRUST AGREEMENT DATED JULY 6, 2002, Relators**

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00996**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relators' October 4, 2024 petition for writ of mandamus.

Relators seek to compel the trial court to enter final judgment following a bench trial

that concluded in April 2022. On October 9, 2024, we requested a response to

relators' petition. On October 21, 2024, the trial court filed a response enclosing a

copy of its October 21, 2024 final judgment. The trial court's final judgment delivers

all the relief relators are requesting and entitled to and thus renders this mandamus

proceeding moot. *See In re Johnson*, 599 S.W.3d 311, 312 (Tex. App.—Dallas 2020,

orig. proceeding).

Accordingly, we dismiss as moot relators' petition for writ of mandamus. *See id.*

241175f.p05

/Emily Miskel/

EMILY MISKEL
JUSTICE